UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DONALD MURPHY,

                Plaintiff,

                                              SCHEDULING ORDER

       -vs-                                         00-CV-6038

BOARD OF EDUCTION OF THE
ROCHESTER CITY SCHOOL DISTRICT,
the ROCHESTER TEACHERS
ASSOCIATION,et al.,

                Defendants.

---

On June 7, 2006, the Rochester Teachers Association filed a motion to enforce the judgment entered in this Court on March 30, 2006 and for an order finding plaintiff in contempt of the Court's March 10, 2006 order (Dkt. #439). On June 13, 2006, the Rochester City School District filed a motion for an order of contempt for plaintiff's failure to abide by the Court's March 10, 2006 order (Dkt. #440).

On or about June 21, 2006, plaintiff Donald Murphy filed bankruptcy pursuant to Chapter 13 in the U.S. Bankruptcy Court for the Western District of New York. The motions filed in this case have been stayed pending the resolution of the bankruptcy matter. On August 31, 2007, the defendants informed the Court that plaintiff's bankruptcy matter was resolved pursuant to an Order

of the Honorable John C. Ninfo, II, filed August 20, 2007, and that the motions in district court could now be addressed. Therefore, plaintiff is directed to file responding papers to the defendants' separate motions on or before October 5, 2007. Reply papers, if any, must be filed no later than eight (8) business days following the filing of responding papers. When all papers have been submitted, the Court will review them to determine if argument is necessary and if so, the parties will receive notice of the argument date.

    **IT IS SO ORDERED**.

_____
DAVID G. LARIMER
UNITED STATES DISTRICT JUDGE

Dated:    September 6, 2007
           Rochester, New York